0 5 - 5 7 7

Page 1

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ 5 , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for __Delaware__
    Address
    City, State Zip Code

9. CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

FILED
AUG -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Alonzo I. Cannon | Docket or Case No.: |
| Place of Confinement: Delaware Correctional Center | Prisoner No.: 392179 |
| Petitioner (include the name under which you were convicted) Alonzo I. Cannon | Respondent (authorized person having custody of petitioner) v. Warden, Tom Carrol |
| The Attorney General of the State of Delaware | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Sussex County Superior Court

   (b) Criminal docket or case number (if you know): 0010006075

2. (a) Date of the judgment of conviction (if you know): 04-26-01
   (b) Date of sentencing: 06-22-01

3. Length of sentence: 33 yrs - 18 yrs minimum

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Possession w/I to deliver cocaine, Possession w/I to deliver marijuana, Possession of drug paraphernalia, criminal impersonation.

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒    (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐         (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

   Jury ☒    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?

   Yes ☒   No ☐

9. If you did appeal, answer the following:

   (a) Name of court: Delaware Supreme Court

   (b) Docket or case number (if you know): _____

   (c) Result: The conviction of the petitioner was affirmed

   (d) Date of result (if you know): 01-31-02

   (e) Citation to the case (if you know): _____

   (f) Grounds raised:
      1. Warrantless search and seizure
      2. Miranda Violation

   (g) Did you seek further review by a higher state court?   Yes ☐   No ☒

   If yes, answer the following:

   (1) Name of court: N/A
   (2) Docket or case number (if you know): N/A
   (3) Result: N/A
   (4) Date of result (if you know): N/A
   (5) Citation to the case (if you know): N/A
   (6) Grounds raised: N/A

   (h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

   If yes, answer the following:

   (1) Docket or case number (if you know): N/A

  (2) Result: _N/A_
  (3) Date of result (if you know): _N/A_
  (4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _Sussex County Superior Court_
    (2) Docket or case number (if you know): _0010006075_
    (3) Date of filing (if you know): _5-6-03_
    (4) Nature of the proceeding: _Rule 61 post-conviction motion_
    (5) Grounds raised:
       1. Ineffective assistance of counsel
       2. Prosecutor misconduct
       3. Witness for prosecutor committing perjury
       4. Miranda warning violation

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐  No ☑
    (7) Result: _N/A_
    (8) Date of result (if you know): _N/A_

    (b) If you filed any second petition, application, or motion, give the same information:
    (1) Name of court: _Delaware Supreme Court_
    (2) Docket or case number (if you know): _No# 308, 2004_
    (3) Date of filing (if you know): _5-6-03_
    (4) Nature of the proceeding: _Rule 61 - post conviction motion_
    (5) Grounds raised:
       1. Ineffective Assistance of counsel
       2. Prosecutor Misconduct
       3. Witness for prosecution committing perjury
       4. Miranda violation

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☒
(7) Result: __Notice of Motion was denied__
(8) Date of result (if you know): __8-27-04__

(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: __N/A__
   (2) Docket or case number (if you know): __N/A__
   (3) Date of filing (if you know): __N/A__
   (4) Nature of the proceeding: __N/A__
   (5) Grounds raised: __N/A__

__N/A__

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☒
(7) Result: __N/A__
(8) Date of result (if you know): __N/A__

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
   (1) First petition:    Yes ☒   No ☐
   (2) Second petition:   Yes ☐   No ☐
   (3) Third petition:    Yes ☐   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
__N/A__

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
A. The petitioners counsel failed to prepair for trial
B. The petitioners counsel failed to attack the credibility of the prosecutions flawed testimonies by the prosecutions witnesses
C. The petitioners counsel failed to force the prosecution to establish the petitioner was giving his miranada warnings, when their was evidence that clearly established the petitioner was at best given flawed miranada warnings.

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

(c) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐ No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: I was represented by counsel, and he felt there was no merits to my arguments, of ineffective assistance of counsel.

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑ No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: Rule 61 post-conviction motion
  Name and location of the court where the motion or petition was filed: Sussex County Superior Court

Docket or case number (if you know): __0010006075__

Date of the court's decision: __3-12-04__

Result (attach a copy of the court's opinion or order, if available): __Motion for Post-conviction Relief was denied__

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐    No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: ____

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __I raised the issues again of the denial of the Motion, with a Rule 61 motion, and then when I tried to argue to the Delaware Supreme Court, my notice of appeal was time barred due to a lack of postage.__

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: __N/A__

**GROUND TWO:** __Prosecutor Misconduct__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A. The prosecutor allowed a perjury testimony that he either knew was false, or should have known to be false, go uncorrected

B. Prosecutor vouched for the credibility of three states witness

C. Use of false testimonial evidence

(b) If you did not exhaust your state remedies on Ground Two, explain why: State Remedies were exhausted

(c) Direct Appeal of Ground Two:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑
   (2) If you did not raise this issue in your direct appeal, explain why: I was represented by counsel, and once again he thought argument was meritless.

(d) Post-Conviction Proceedings:
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      Yes ☑  No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
      Type of motion or petition: Rule 61 post-conviction motion
      Name and location of the court where the motion or petition was filed: Sussex County Superior Court
      Docket or case number (if you know): 0010006075
      Date of the court's decision: 03-12-04
      Result (attach a copy of the court's opinion or order, if available): Motion for post-conviction Relief was denied

   (3) Did you receive a hearing on your motion or petition?
      Yes ☐  No ☑
   (4) Did you appeal from the denial of your motion or petition?
      Yes ☑  No ☐
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
      Yes ☑  No ☐
   (6) If your answer to Question (d)(4) is "Yes," state:
      Name and location of the court where the appeal was filed: Del. Supreme Court

Docket or case number (if you know): No 308, 2004
Date of the court's decision: 8-17-04
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I raised the issue but I was barred so issues was never heard.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

N/A

**GROUND THREE:** Witness for the prosecutor comitting perjury

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Witness for state prosecutor a police officer got on the stand and committed perjury, to obtain a rule of order from the court. The order he established with the false testimony, was he established a chain of custody. He also justified the discreptency of evidence, authenicated evidence and stated with apparant facts to a subject he had no knowledge of.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____
N/A, Remedies exhausted.

(c) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑
   (2) If you did not raise this issue in your direct appeal, explain why: I was represented by counsel, and told me the issue was moot, meritless, and unrealistic.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __Rule 61 post-conviction motion__

Name and location of the court where the motion or petition was filed: __Sussex County Superior Court__

Docket or case number (if you know): __0010006605__

Date of the court's decision: __03-12-04__

Result (attach a copy of the court's opinion or order, if available): __I do not have copies of the decision, they was taken during shake down, or cell search.__

(3) Did you receive a hearing on your motion or petition?
   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?
   Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Del. Supreme Court__

Docket or case number (if you know): __No 308, 2004__

Date of the court's decision: __8-27-04__

Result (attach a copy of the court's opinion or order, if available): __Do not have, because that also was taken during jail shake down, or cell search.__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __N/A. State Remedies exhausted__

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: __N/A__

GROUND FOUR: __Miranada Violation__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The petitioners Miranda warnings was violated, because he was not given any miranda warnings. The warnings the state claims that was given to the petitioner was defective. The officers used the petitioners alleged unwarned states, pressure the petitioner into further self-incrimination.

(b) If you did not exhaust your state remedies on Ground Four, explain why:
N/A. state remedies exhausted

(c) Direct Appeal of Ground Four:
 (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☑  No ☐
 (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:
 (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☑  No ☐
 (2) If your answer to Question (d)(1) is "Yes," state:
 Type of motion or petition: Rule 61 post-conviction motion
 Name and location of the court where the motion or petition was filed: Sussex County Superior Court
 Docket or case number (if you know): 0010006075
 Date of the court's decision: 03-12-04
 Result (attach a copy of the court's opinion or order, if available): Do not have in possession.

 (3) Did you receive a hearing on your motion or petition?
  Yes ☐  No ☑
 (4) Did you appeal from the denial of your motion or petition?
  Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
  Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Del. Supreme Court

Docket or case number (if you know): No. 308, 2004
Date of the court's decision: 8-27-04
Result (attach a copy of the court's opinion or order, if available): Do not have as stated previously, petitioner was time barred

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A. Issue was raised but I was barred, so it was not heard.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑  No ☐
  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: I raised the grounds but it was not heard but notice of appeal was denied, because of lack postage, it was late into the court

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: All grounds were presented in one form or another.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

N/A

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❏   No ☑
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: _____

    (c) At trial: E. Stephen Calloway

    (d) At sentencing: E. Stephen Calloway

    (e) On appeal: Ed Gill

    (f) In any post-conviction proceeding: Pro Se

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
    N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ❏   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

(b) Give the date the other sentence was imposed: _____N/A_____

(c) Give the length of the other sentence: _____N/A_____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____N/A_____

_____N/A_____

_____N/A_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _the sentence imposed be lefted, conviction overturned, and petitioner be granted a new trial._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _8-06-05_ (month, date, year).

Executed (signed) on _8-06-05_ (date).

_____
Signature of Petitioner

---

*(...continued)
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ~~_____~~

~~IN FORMA PAUPERIS DECLARATION~~

[Insert appropriate court]

\* \* \* \* \*

I DO WANT TO PROCEED IN FORMA PAUPERIS



Alonzo Lawson
SBI# 392123  UNIT C-R29
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570