1    BY MR. GELOF:

2        Q    At some point after this, after the Miranda

3    was read, did you question Mr. Cannon about his drug

4    use?

5        A    That's correct, sir.  We took Mr. Cannon

6    back to his address at 1903 Carvel Gardens.  At that

7    point, I asked him if he had used any drugs.  Mr.

8    Cannon indicated to me that he had, in fact, used

9    marijuana.

10       Q    Did he deny using cocaine?

11       A    That's correct, sir.

12            MR. GELOF:  Nothing further, Your Honor.

13            THE COURT:  Mr. Callaway.

14                    CROSS-EXAMINATION

15   BY MR. CALLAWAY:

16       Q    Officer Jones, you indicated that you

17   worked for Probation and Parole?

18       A    That's correct, sir.

19       Q    On the date in question, on October 11th of

20   the year 2000, was Mr. Cannon on probation?

21       A    That's correct, sir.

22       Q    On the evening of October 11th of the year

23   2000, you were out doing curfew checks?

05-577

FILED
AUG -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

KATHY S. PURNELL
OFFICIAL COURT REPORTER
pg 91

```
1      Q     Did you just check the room to see if
2   anybody else was in there?
3      A     That's correct.
4      Q     You didn't look for any contraband or
5   illegal material?
6      A     No, sir.
7      Q     And after you checked the last room, then
8   what did you do?
9      A     I went back to the first bedroom where
10  Officer Layfield and Officer Warren and Mr. Cannon
11  were.
12     Q     When you looked in the room the first time,
13  did you see Mr. Cannon in that room?
14     A     Yes, I did.
15     Q     And where was Mr. Cannon?
16     A     He was getting up off the bed and I -- I
17  don't remember what, but I recall that he was
18  holding something in front of him. I don't believe
19  he was dressed.
20     Q     Did he have any clothes on at first sight?
21     A     I don't believe so. I said I think he was
22  holding something in front of him. I don't think he
23  was actually dressed.
```

1       Q       Did you see a jacket in the room at that
2   time?
3       A       No, sir.  I didn't even go fully into the
4   room.  I stuck my head in.  I mainly concentrated on
5   Mr. Cannon's face because I was trying to make an
6   identification, and then went to continue down the
7   hallway.
8       Q       Then when you came back, where was Mr.
9   Cannon?
10      A       Mr. Cannon was dressed.  Officer Layfield
11  placed him in handcuffs, introduced me and asked me
12  to take him out of the room.
13      Q       What was Mr. Cannon wearing when Officer
14  Layfield handed him over to you?
15      A       He was wearing blue jeans, and I believe it
16  was a button-up shirt.
17      Q       And prior to turning him over to you, did
18  you pat him down or search him when he was handed
19  over to you?
20      A       No, sir.
21      Q       And you then took him into the bathroom?
22      A       That's correct, sir.
23      Q       To ask him some questions?

```
1      A     That's correct, sir.
2      Q     And one of the questions you asked him is
3   how he would do if you tested him for illegal drugs?
4      A     Yes, sir, that's correct.
5      Q     Did he give you an answer?
6      A     Yes, sir.
7      Q     Was he telling you the truth when he gave
8   you that answer?
9      A     Yes, sir.
10     Q     How do you know he was telling you the
11  truth?
12     A     Later that evening I gave him an instant
13  urine test.
14     Q     Did you ask him if he had any drugs or
15  illegal substances in his host home where he was
16  supposed to be living?
17     A     That's correct, sir.
18     Q     Did he give you an answer?
19     A     He said he did not.
20     Q     And to back up, did he give you an answer?
21     A     Yes, he did.
22     Q     Was that answer truthful?
23     A     Yes, it was.
```

1  Q    You went back and searched that residence
2  where he was supposed to be living?
3  A    That's correct, sir. We left Little Creek
4  Apartments to search that residence; however, when
5  we arrived, the lady who Mr. Cannon lived there
6  with, had left the apartment and probably a two- or
7  three-year-old was in there alone. She was coming
8  back across the parking lot to return to that
9  residence at the time we arrived.
10 Q    When you searched that residence, you found
11 no contraband or illegal materials?
12 A    That is correct, sir.
13 Q    You then took Mr. Cannon and then walked
14 back out into the living room?
15 A    Yes. Correct, sir, to the dinette table.
16 Actually to the dinette table.
17 Q    Dinette table. Was there a jacket hanging
18 on one of the chairs in the dining room?
19 A    Yes, there was on the back chair.
20 Q    How many jackets were hanging on the
21 chairs?
22 A    I only recall one in particular that was
23 hanging on the back of the chair.

```
1       Q    Officer Jones, I'd like for you to read
2  this first paragraph that starts with "A", and read
3  to that paragraph right there.
4       A    Yes, sir.
5       Q    To yourself, please.
6       A    Yeah.  Said he indicated --
7       Q    To yourself.
8       A    I'm sorry.
9       Q    Read to yourself.  Now, again, Officer
10 Jones, I ask you if you specifically recall what Mr.
11 Cannon said to Officer Warren about that jacket.
12      A    Actually it was Officer Layfield, not
13 Officer Warren.
14      Q    Layfield.
15      A    But I recall that he was mumbling it's
16 mine.
17      Q    Is that different than what you've read
18 there?
19      A    Yes.  There I said I didn't specifically
20 recall.
21      Q    Do you remember saying that in this
22 courtroom?
23      A    I didn't remember that at the time
```

PRISCILLA BARNES - DIRECT

1   A.   Sleeping on the couch. A big knock came on
2 the door and I asked who was it. They said it was the
3 cops. So I jumped up and answered the door. They
4 said is Lorenzo Campbell in here. I said, I'm not
5 sure, I don't know.
6   Q.   Do you know Lorenzo Campbell by another name?
7   A.   We used to do call him Boogie.
8   Q.   What was going through your mind when the
9 officers asked for Alonzo Cannon?
10   A.   I said, I don't think he's here; I don't know
11 what is going on.
12   Q.   Would you have let them in if you thought he
13 was there?
14   A.   No.
15   Q.   So at that point you didn't think he was in
16 the house?
17   A.   No, I did not.
18   Q.   What happened next?
19   A.   So we went in to check the rooms.
20   Q.   What was the first room you checked on?
21   A.   I checked the back room first and my son was
22 in that bed, Nate was laying in that bed. My
23 daughter, her room was locked. I got a hanger and

PRISCILLA BARNES - DIRECT

```
 1   opened it.  That's when they found Boogie in my
 2   daughter's bedroom.
 3       Q.   Were you surprised to see him in there?
 4       A.   Yes.
 5       Q.   What happened at that point after seeing
 6   Alonzo in your daughter's bedroom?
 7       A.   The cops went in the room.  They wouldn't let
 8   us go in there.
 9       Q.   Whose room is that?
10       A.   My grand-baby's room, Tiarra.  She's two
11   years old.
12       Q.   It's a girl's room?
13       A.   Yes.
14       Q.   Were there any males that keep clothes in
15   that room?
16       A.   No.
17       Q.   So what happened after the police went into
18   that room with Shay and Boogie?
19       A.   They had my daughter come out of the room.
20   They had them get dressed.
21       Q.   Were you there when the police officers
22   picked up a jacket?
23       A.   Yes.
```

PRISCILLA BARNES - DIRECT

1  handcuffs on Nate.  They kept asking, if you don't
2  tell the truth, you are going down to the police
3  station too.  So Nate started going into a seizure.
4  So then I said:  No, Boogie, I'm not letting my son go
5  down like this, tell the truth, whose jacket is it.
6  That's when Boogie said, he said:  Don't worry about
7  it, don't worry about it.  Then that's when he said:
8  It's my jacket.
9       Q.   Now, I want to back you up to the weeks prior
10 to this.  Were you, at some point, outside Little
11 Creek Apartments with Shay and Alonzo?
12      A.   Yes.
13      Q.   And was there some involvement with cash with
14 Alonzo?
15      A.   Yes, he had money.
16      Q.   What was that?
17      A.   A lot of money.
18      Q.   What exactly was happening?
19      A.   He was counting it.
20      Q.   Do you know about how much money it was?
21      A.   Probably around a thousand probably.
22      Q.   Where was that that he was counting the
23 $1,000 out?

DAVID WASHINGTON
Official Court Reporter

pg 99

PRISCILLA BARNES - DIRECT

```
1      A.    On the porch.
2      Q.    Do you know what he did with the money?
3      A.    No.
4      Q.    Do you know whether or not Shay, did she get
5   any of the money or do you know?
6      A.    I don't know.
7      Q.    Now, at some point subsequent to this whole
8   event did you receive some indication that Alonzo had
9   sent a letter?
10     A.    I was out of town during the time.  She said
11  I got a letter in the mail.
12     Q.    Who said you got a letter in the mail?
13     A.    My daughter.
14     Q.    Shay?
15     A.    Yes.
16     Q.    What happened?
17     A.    They called me in New Jersey and read the
18  letter to me on the phone.
19     Q.    Did you later have a chance to actually --
20     A.    I seen the letter when I came back.
21           MR. GELOF:  Your Honor, at this point I ask
22  to hand the witness what was marked as State's E and D
23  for Identification.
```

DAVID WASHINGTON
Official Court Reporter

pg. 100

PRISCILLA BARNES - DIRECT

```
 1          THE COURT:  Go ahead, Mr. Gelof.
 2   BY MR. GELOF:
 3      Q.   Take your time and read it.  Except for the
 4   part where there is something that was blanked out, is
 5   that the letter that was read to you?
 6      A.   Yes.
 7      Q.   Now, it's addressed to a -- I'm sorry.
 8      A.   Fretta Barnes.
 9      Q.   Fretta?
10      A.   Yes.
11      Q.   Who is Fretta Barnes?
12      A.   That's my nickname.
13      Q.   Did Alonzo call you by that nickname?
14      A.   Yes.
15      Q.   Now, when was the first time that you
16   disclosed this letter to anyone?
17      A.   A long time because I thought my mom had
18   throwed it away.
19      Q.   So are you familiar if Shay got other letters
20   from him?
21      A.   Yes.
22      Q.   You think they got thrown away?
23      A.   Yes, she threw them away.
```

DAVID WASHINGTON
Official Court Reporter

Pg. 101.

```
1      Q.    Is that the letter that was received in the
2  mail addressed to you?
3      A.    Yes.
4            MR. GELOF:  At this time I would offer I
5  believe it's D and E for Identification, the letter
6  and its envelope into evidence.
7            MR. CALLAWAY:  May I have some voir dire,
8  Your Honor?
9            THE COURT:  Go ahead, Mr. Callaway.
10                EXAMINATION ON VOIR DIRE
11 BY MR. CALLAWAY:
12     Q.    Ms. Barnes, how did you come into possession
13 of the letter and the envelope?
14     A.    Excuse me?
15     Q.    How did you come into possession of the
16 letter and the envelope?
17     A.    My daughter gave it to me.
18     Q.    Which daughter?
19     A.    Marshay and Shawna.
20     Q.    Was the letter opened or closed?
21     A.    It was opened.  She read it to me.
22     Q.    When you got the letter and envelope, was it
23 opened or closed?
```

PRISCILLA BARNES - VOIR DIRE

```
1       A.   It was opened.
2       Q.   Do you have any way of knowing whether or not
3    that letter came in this envelope?
4       A.   Yes.
5       Q.   How do you know that?
6       A.   I believe they did.
7       Q.   How do you know that?
8       A.   Who else is going to write it?
9       Q.   My question is:  How do you know the letter
10   you have in your hand came in the envelope that you
11   have?
12      A.   I'm not for sure.
13      Q.   It's addressed to you, is it not?
14      A.   Yes.
15      Q.   What is the address?
16      A.   209.
17      Q.   Does that letter address -- that letter, when
18   it is delivered, is it delivered to your apartment?
19      A.   Yes, it was.
20      Q.   Or to your box at the apartment?
21      A.   The boxes.
22      Q.   Is that a locked post office box?
23      A.   Yes.
```

DAVID WASHINGTON
Official Court Reporter

pg. 103

PRISCILLA BARNES - VOIR DIRE

1    Q.    Whoever got that letter had to get it out of
2  the locked post office box?
3    A.    Yes. My daughter did.
4    Q.    Who has a key?
5    A.    My oldest daughter, Shawna Barnes.
6    Q.    Your oldest daughter?
7    A.    Yes.
8    Q.    Do you have any direct knowledge as to who
9  removed the letter from the mailbox?
10    A.    My daughter did.
11    Q.    Were you there when she did it?
12    A.    No, I wasn't.
13    Q.    So she told you?
14    A.    Yes.
15    MR. CALLAWAY: I have no further questions at
16  this time.
17    MR. GELOF: Again, Your Honor, the State will
18  move this letter into evidence.
19    THE COURT: Any objection, Mr. Callaway?
20    MR. CALLAWAY: Not at this point, Your Honor.
21    THE COURT: Okay. Go ahead and mark it and
22  admit it.
23    THE CLERK: State's Exhibit D for

DAVID WASHINGTON
Official Court Reporter

pg. 104

```
 1   Identification is now admitted as State's Exhibit No.
 2   3.  State's Exhibit E for Identification is now
 3   admitted as State's Exhibit No. 4.  No. 3 is the
 4   letter and No. 4 is the envelope.
 5                DIRECT EXAMINATION CONTINUED
 6   BY MR. GELOF:
 7        Q.   I ask you, ma'am, to read the letter to the
 8   jury.
 9        A.   I can't read, that's why my daughter read it
10   to me.
11        Q.   I'm sorry.  All right.  Are you familiar with
12   209?
13        A.   Yes.
14        Q.   What's around there?  Is there a school right
15   around the area?
16        A.   Yes.
17        Q.   Do you know the name of the school?
18        A.   No.
19        Q.   All right.  To your knowledge, did anyone
20   when you came in at 10:00 o'clock or 12:00 o'clock,
21   did anyone go into that room --
22        A.   No.
23        Q.   -- that she was in?
```

DAVID WASHINGTON
Official Court Reporter

pg. 105