

05-577 GMS



