IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ALONZO CANNON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-577-GMS |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents.[1] | : | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Alonzo Cannon, has applied for federal habeas relief challenging his April 2001 Delaware Superior Court conviction and sentence for possession with intent to deliver cocaine, possession with intent to deliver marijuana, two counts of possession of contraband drugs within 1000 feet of a school, possession of drug paraphernalia, and criminal impersonation.  *See* D.I. 1; *State v. Cannon*, 2004 WL 15515000 (Del. Super. Ct.).  The undersigned filed an answer to the petition on February 16, 2006.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.  Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer.  The undersigned anticipates obtaining

---

[1] *See* Fed.R.Civ.P. 25(d)(1).  Attorney General Carl Danberg assumed office on December 8, 2005, replacing former Attorney General M. Jane Brady, an original party to this case.

and copying the records on or before March 20, 2006.

      4.     Respondents submit that an extension of time to March 20, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                        /s/ Elizabeth R. McFarlan
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French Street
                                        Wilmington, DE 19801
                                        (302) 577-8500
                                        Del. Bar. ID No. 3759
                                        elizabeth.mcfarlan@state.de.us

Date:  February 16, 2006