**CERTIFICATE OF SERVICE**

  I hereby certify that on February 16, 2006, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on February 16, 2006, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

  Alonzo Cannon
  SBI No. 392179
  Delaware Correctional Center
  1181 Paddock Road
  Smyrna, DE 19977

  /s/ Elizabeth R. McFarlan
  Deputy Attorney General
  Department of Justice
  820 N. French Street
  Wilmington, DE 19801
  (302) 577-8500
  Del. Bar. ID No. 3759
  elizabeth.mcfarlan@state.de.us