NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

MB

RECEIVED
NOV 1 3 2006
U.S.C.A. 3rd

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:
D.C.C WARDEN THOMAS CARROLL AND,
STATE OF DE. ATTN. GEN.,
PLANTIFF APPELLEE

DISTRICT COURT
DOCKET NUMBER: 05-577-GMS

v.
ALONZO CANNON
"SBI #392179" DEFENDANT, APPELLANT

DISTRICT COURT
JUDGE: SLEET

Notice is hereby given that ALONZO I. CANNON
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) ~~~~~~~

entered in this action on  11-06-06  .
(date)

DATED: _____

PRO SE; ALONZO CANNON
(Counsel for Appellant-Signature)

ALONZO CANNON
(Name of Counsel - Typed)

DCC - 1181 Paddock Rd. Smyrna, DE 19977
(Address)

ELIZABETH R. MCFARLAN
(Counsel for Appellee)

_____
(Address)

_____
(Telephone Number)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M Alonzo Carmon

SBI# 392179    UNIT V-D15

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

THIRD CIRCUIT

21400 U.S. Courthouse

601 Market St. Room 21400

PHILA, PA.

19106-1790

13106+1790