OFFICE OF THE CLERK

MARCIA M. WALDRON

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4952

November 20, 2006

**NOTICE OF DOCKETING OF APPEAL**

**Alonzo I. Cannon**

**v.**

**Thomas Carroll**

**No.: 05-cv-00577**

**(Honorable Gregory M. Sleet)**

An appeal by **Alonzo I. Cannon** was filed in the above-caption case on **11/10/06,** and docketed in this Court on **11/20/06,** at No. **06-4801**.

Kindly use the Appeals Docket No. **06-4801** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**.  Please notify Case Manager **Carmen M. Hernandez** at CarmenM_ Hernandez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**