Date: 11-25-06
Case #: 06-4801
Affidavit of Poverty

05cv577 GMS

**FILED**
DEC 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear, Clerk; of The United States District Court

I am now coming before The District Court filing for leave to proceed in Forma Pauperis.

The reason why I should be granted this motion is because on 11-25-06 I have less than $5.00 on my prison account. I also have no current form of income.

I hereby swear that the above information is true and correct on this 25th day of Nov, 2006

Very Truly Yours
Alonzo Cannon

SBI# 392179

I/M Alonzo Cannon
SBI# 392179  UNIT V-D15
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 NOV 2006 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570