FPS - 122                                              DATE: December 26, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4801

Cannon v. Carroll
(D.C. No. 05-cv-0577)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

A True Copy:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: December 26, 2006
CRG/cc: Mr. Alonzo I. Cannon
        Elizabeth R. McFarlan, Esq.