**DLD-220**                                                                                          May 3, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-4801**

ALONZO I. CANNON, Appellant,

v.

WARDEN THOMAS CARROLL, et al.,

(D. Del. Civ. No. 05-cv-00577)

Present:    BARRY, AMBRO and FISHER, Circuit Judges

Submitted is Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

MMW/DPW/cmh

**O R D E R**

The foregoing request for a certificate of appealability is denied as jurists of reason could not debate that Appellant's 28 U.S.C. § 2254 habeas petition was untimely filed. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Statutory tolling cannot save Appellant's petition from dismissal and Appellant has made no showing sufficient to warrant equitable tolling. See Jones v. Morton, 195 F.3d 153, 159-60 (3d Cir. 1999).

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: May 16, 2007
CRG/cc: Mr. Alonzo I. Cannon
          Elizabeth R. McFarlan, Esq.



A True Copy:

Marcia M. Waldron, Clerk